UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SETH FEIN,

                       *Plaintiff*,

  v.

LAURA FEIN ZOTTOLA; ARTHUR T. ZOTTOLA; ARTHUR FEIN ZOTTOLA; ALBERT FEIN ZOTTOLA,

                       *Defendants*.

Case No. 25-CV-6889 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    At the Conference on November 7, 2025, the Court adopted the following schedule:

    Defendants shall submit their Motion to Dismiss by no later than December 5, 2025. Plaintiff's Opposition shall be due by no later than January 8, 2026. Defendants shall submit their Reply by no later than January 22, 2026. Sur-reply papers will not be accepted unless prior permission of the Court is given.

    The Parties are reminded that there is a strict page limit, which will be extended only in extreme circumstances. If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:    November 7, 2025
                White Plains, New York

                                                            KENNETH M. KARAS
                                                             UNITED STATES DISTRICT JUDGE