UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SETH FEIN,

Plaintiff,

-against-

LAURA FEIN ZOTTOLA; ARTHUR T. ZOTTOLA; ARTHUR FEIN ZOTTOLA; ALBERT FEIN ZOTTOLA,

Defendants.

25 CIVIL 6889 (KMK)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated September 29, 2026, Defendants' Motion to Dismiss is granted. Plaintiff's claims are dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** Nezam Dulal
**Deputy Clerk**